UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ALICIA CONNORS,<br>　　　　Plaintiff,<br><br>vs.<br><br>CAMDEN DEVELOPMENT, INC.<br>and CSP COMMUNITY OWNER<br>LLC,<br>　　　　Defendants | Civil Action No. 1:15-cv-1436 |

**PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.3, the undersigned Counsel of Record for the Plaintiff certifies that the following persons have an interest in the outcome of this case:

**(1)** The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

*__Response:__*  *Alicia Connors, plaintiff, a natural person; and the defendants, presently known to be Camden Development, Inc. and CSP Community Owner*

1

LLC, corporate entities. Plaintiff has no other knowledge regarding who else may own 10% or more of the stock of said defendants.

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

**Response:** Other than the parties identified herein and made known in the Certificate of Interested Persons filed by Defendants, Plaintiff presently has no other knowledge of other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case.

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

**Response**: E. Brian Watkins, as counsel for plaintiff, Alicia Connors; and G. Randall Moody, Esq. and Elizabeth A. Rose, Esq. of the law firm Drew, Eckl & Farnham, LLP, as counsel for the defendants, Camden Development, Inc. and CSP Community Owner LLC.

This 10th day of June, 2015.

                            E. BRIAN WATKINS, PC

                            /s/ E. Brian Watkins
                            E. BRIAN WATKINS, GA BAR #740426

ATTORNEY FOR PLAINTIFF
3350 PEACHTREE ROAD – SUITE 1225
ATLANTA, GEORGIA 30326
(404) 355-3620 (o); (404) 355-3685 (f)
brian@ebrianwatkinslaw.com
watkinslawgroup@mac.com

## **FONT CERTIFICATION**

The undersigned further certifies that this document has been prepared in Times New Roman, 14 point type, in accordance with Local Rule 5.1B.

Counsel for Plaintiff:

E. BRIAN WATKINS, PC

/s/  E. Brian Watkins
E. Brian Watkins, Georgia Bar #740426
3350 Peachtree Road, NW -- Suite 1225
Atlanta, Georgia 30326
(404) 355-3620 (w); (404) 355-3685 (f)
watkinslawgroup@mac.com
brian@ebrianwatkinslaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day electronically filed the within and foregoing in this case with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all counsel of record in this matter, including to:

G. Randall Moody and Elizabeth A. Rose
DREW ECKL & FARNHAM, LLP
P.O. Box 7600
880 West Peachtree Street, NW
Atlanta, GA 30357

This 10th day of June, 2015.


Counsel for Plaintiff:

E. BRIAN WATKINS, PC

/s/  E. Brian Watkins
E. Brian Watkins, Georgia Bar #740426
3350 Peachtree Road, NW -- Suite 1225
Atlanta, Georgia 30326
(404) 355-3620 (w); (404) 355-3685 (f)
watkinslawgroup@mac.com
 brian@ebrianwatkinslaw.com